**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELISSA EATON,

        Plaintiff,

  v.

AT&T MOBILITY LLC,

        Defendant.

_____/

No. C 15-03232 WHA

**ORDER TO SHOW CAUSE**

      Plaintiff Melissa Eaton filed this *pro se* employment action in July of this year.  On September 11, 2015, defendant AT&T Mobility LLC filed a motion to compel arbitration (Dkt. No. 15).  Plaintiff's opposition was due on September 25, but she has not yet filed any response. Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing, as to why she has not filed any response to defendant's motion by **OCTOBER 9, 2015 AT NOON**.  If no response is received, the case will be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**

Dated:  October 1, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE