IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELISSA EATON,

    Plaintiff,

v.

AT&T MOBILITY LLC,

    Defendant.

No. C 15-03232 WHA

**ORDER DISMISSING CASE**

In this employment action, defendant AT&T Mobility, LLC, filed a motion to compel arbitration. *Pro se* plaintiff Melissa Eaton did not file a timely opposition and an order to show cause issued. In response, plaintiff stated that she intended to abandon her federal lawsuit and to pursue the case via arbitration (Dkt. No. 25). Plaintiff's response will be treated as a voluntarily dismissal, without prejudice. The **CLERK** shall please close the file.

**IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE